# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOMINIQUE VALLIER

VERSUS

DISTRICT ATTORNEY OF 32ND
JUDICIAL DISTRICT COURT,
PARISH OF TERREBONNE

NO.  2019 CW 0575

**SEP 3 0 2019**

---

In Re:    Dominique Vallier, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 557415.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**  This court is limited to review of lower court rulings or the failure of the lower court to act on a properly filed pleading.  Relator has failed to provide documentation evidencing any pleading filed with or ruling by the 32nd Judicial District Court for this court to review.  In order to bring a civil action in forma pauperis, relator must comply with the requirements set forth in La. R.S. 15:1186.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT